### No. 198

No. 20092—The Blue Bus Co. v. Public Utilities Commission. Error to the Public Utilities Commission.

973. PUBLIC UTILITIES COMMISSION—
1. When Commission has authorized motor bus operation, but neglected to issue formal order and certificate, the formal order can be issued at a later date.

2. One cannot challenge irregularities in proceeding to issue certificate at hearing to transfer same, but must file separate proceeding.

MARSHALL, C. J.

1. Where the public utilities commission has authorized a motor bus operation but neglected at the time to make a formal order or to issue the certificate, such hearing and determination constitutes the exercise of administrative discretion and the formal order can be entered at a later date. The omission to issue the certificate does not avoid the proceedings and the ministerial act of such issuance can likewise be performed at a later date.

2. Alleged irregularities and technical defects in the proceedings for the authorization and issuance of a certificate of convenience and necessity for a motor bus operation cannot be challenged by a protestant in a hearing for transfer of such certificate but must be brought to the attention of the commission in a separate proceeding upon complaint filed and five

(Continued on page 157)

# MONTHLY
# CASE LAW NOTES

2 OS. 21. Gittings v. Baker
Supporting: 954 Privileged Communications. N. Y. Life Ins.
Co. v. Snyder, OA. 5 Abs. 87.

14 OS. 396. Baily v. Smith
Limited: 787 Mortgages
Leeper v. Hunkin, OA. 5 Abs. 68.

14 OS. 80. Terrill v. Auchauer
Supporting: 257 Commissions
Zuckerman v. Cantor, Com. P. 5
Abs. 120.

19 OS. 588. Vanvalley v. Vanvalley
Supporting: 415 Domestic Relations. Crane v. Ward, OA. 5
Abs. 98.

19 OS. 581. Ex Parte Scott.
Supporting: 551 Fines & Penalties. Kohler v. State ex, OA. 5
Abs. 53.

24 OS. 345. Ins. Co. v. Kelley.
Followed: 647 Insurance.
Goodman et v. Royal Ind. Co.
OA. 5 Abs. 115.
Supporting: 257 Commissions
Zuckerman v. Cantor, Com. P. 5
Abs. 120.

27 OS. 63. Drogan v. Garrison

30 OS. 184. Towsley v. Moore.
Explained: 257 Commissioners.
Zuckerman v. Cantor, Com. P. 5
Abs. 120.

34 OS. 537. Atcherly v. Dickinson
Supporting: 27 Actions
Price v. Kobacher Furn. Co. OA.
5 Abs. 86.

37 OS. 402. Howard v. Brown
Supporting: 1105 Statute of
Frauds. Spiegle v. Brenner, OA.
5 Abs. 116.

44 OS. 602. Roberts v. Briscoe.
Followed: 1162 Testimony
Crowe v. Vickery, Admr. d. b. n.
OA. 5 Abs. 119.

45 OS. 439. Hauck v. State
Supporting: 257 Commissions.
Zuckerman v. Cantor, Com. P. 5
Abs. 120.

45 OS. 77. Patterson v. Lampson
Limits: 1271 Wills
Vorndran (Admr.) v. Kintz et.
OA. 5 Abs. 100.

50 OS. 495. Ryan v. Rothweiler
Limits: 1271 Wills
Vorndran (Admr.) v. Kintz et.
OA. 5 Abs. 100.

50 OS. 549. Machine Co. v. Ins. Co.
Followed: 647 Insurance
Goodman et v. Royal Ind. Co. et,
5 Abs. 115.

55 OS. 23. R. R. Co. v. Snyder
Followed: 787 Mortgages.
Leeper v. Hunkin, OA. 5 Abs.
68.

58 OS. 616. Weber v. State.
Overruled: 1079. Sentences.
Suspending Sentences In Re Atty.
G. 5 Abs. 120.

63 OS. 101. Myers et v. Jenkins,
Admr.
Supporting: 954. Privileged
Communications. N. Y. Life Ins.
Co. v. Snyder, OA. 5 Abs. 87.

67 OS. 340. DeWitt v. DeWitt
Supporting: 413 Divorce & Alimony. Kundert v. Kundert, OA.
5 Abs. 99.

7 Ohio App. 90.
Followed: 1163 Telegraph &
Telephones. Swartz v. Postal
Tele. Co. OA. 5 Abs. 117.

75 OS. 312. Hartford Fire Ins. Co.
v. Whitman.
Supporting: 647 Insurance
Goodman et v. Royal Ind. Co. et,
5 Abs. 115.

76 OS. 104. Weaver v. R. R. Co.
Supporting: 208 Care
Ott (Admr.) v. Armour & Co.
OA. 5 Abs. 119.

78 OS. 162. Bank v. Brotherton
Limited: 787 Mortgages
Leeper v. Hunkin, OA. 5 Abs.
68.

78 OS. 275. Holdren v. Holdren.
Supporting: 1271 Wills
Aldenderfer v. Spangler, OA. 5
Abs. 71.

78 OS. 76. Clark v. State.
Followed: 531 Fines & Penalties.
Kohler v. State ex Goldstein, OA.

78 OS. 256. Davy, et v. Insurance
5 Abs. 82.
Co.
Followed: 27 Actions
Cross v. Campbell et. OA. 5 Abs.
114.

81 OS. 79. State v. Sullivan
Supporting: 257 Commissions.
Zuckerman v. Cantor, Com. P. 5
Abs. 120.

84 OS. 283. Allen v. Smith.
Supporting: 791 Motions & Orders. Urschel v. Hannin, OA. 5
Abs. 85.

87 OS. 130. Palace Hotel v.
Medart
Supporting: 257 Commissions.
Zuckerman v. Cantor, Com. P. 5
Abs. 120.

92 OS. 252. Rose Institute v.
Myers.
Followed: 1157 Taxation.
Jones, Treas. v. Conn et. OS. 5
Abs. 126.

92 OS. 492. Luttner v. Cleveland
(City)
Cited: 27 Actions
Osborn v. Toledo (City), OS.
Pend. 5 Abs. 75.

95 OS. 10. Marleau v. Marleau
Followed: 769 Minors.
Creager v. Creager, OA. 5 Abs.
102.

96 OS. 374. Kiley v. Hall.
Distinguished: 997 Real Estate
Sheafer v. Nat. Ref. Co., 5 Abs.
103.

99 OS. 361. Bowers v. State
Followed: 211 Cause of Action.
Netzel v. Todd, OA. 5 Abs. 101.

100 OS. 88. Rider v. Crobaugh
Supporting: 954 Privileged Communications. N. Y. Life Ins. Co.
v. Snyder, OA. 5 Abs. 87.

100 OS. 104. State ex Rose v.
Donahey
Supporting: 975. Public Works
Boards of Affairs, In Re. At. G.
5 Abs. 78.

100 OS. 73. Corey v. Black.
Supporting: 791 Motions & Orders. Urshcel v. Hannin, OA. 5
Abs. 85.

103 OS. 492. State ex Maxwell v.
Schneider
Supporting: 975 Public Works.
Boards of Affairs, In Re. Atty.
Gen. 5 Abs. 78.

110 OS. 150. Neckel v. Fox.
Reversing: 647 Insurance.
Goodman et v. Royal Ind. Co.
OA. 5 Abs. 115.

111 OS. 726. Gohman v. St. Bernard
(City).
Distinguished: 225 Charge to
Jury. Robinson v. Penn. R. R.
OS. Pend. 5 Abs. 123.

111 OS. 502. Penn. R. R. v. Lindahl
Admr.
Supporting: 915 Personal Injuries
Douglas v. Olsen Const. Co. OA.
5 Abs. 86.

111 OS. 391. C. C. C. & St. L. v.
Lee, Admr.
Supporting: 915 Personal Injuries
Douglas v. Olsen Const. Co. OA.
5 Abs. 86.

112 OS. 242. Hamilton v. Rogers.
Followed: 635 Inheritance Tax.
Tax Com. v. Commerce Bank, OA.
5 Abs. 70.

113 OS. 429. Madjerous v. State
Followed: 1079 Sentences
Suspending Sentences, In R. Atty.
G. 5 Abs. 120.

113 OS. 591. Railway Co. v. Potter
Followed: 923 Pleading
Ott (Admr.) v. Armour & Co.
OA. 5 Abs. 119.

113 OS. 52. State ex Boss v. Hess.
Followed: 1157 Taxation
Jones (Treas.) vv Conn. et. OS.
5 Abs. 126.

114 OS. 207. Cleveland (City) v. Ferrando.
Followed: 797 Municipal Corporations. James v. Toledo (City). 5 Abs. 67.

12 Ohio Appeals 491. Weyant v. McCurdy.
Distinguished: 480 Evidence Harrison Bldg. Co. v. Beckerman et, OA. 5 Abs. 118.

12 Ohio App. 364.
Followed: 480 Evidence. Koshienski v. State. OA. 5 Abs. 73.

13. Ohio App. 262.
Supporting: 1283 Workmen's Compensation. State ex Crabbe v. Barbas et. Com. Pl. 5 Abs. 77.

16 Ohio App. 49. Cinn. Tr. Co. v. Cahill.
Followed: 1235 Verdict Col. Ry. P. & L. v. Bush, OA. 5 Abs. 67.

20 Ohio Appeals 194. Kline v. State ex St. Clair.
Distinguished: 480 Evidence Harrison Bld. Co. v. Beckerman et. OA. 5 Abs. 118.

11 O. D. (N. P.) 337. Lacker v. Ewald.
Distinguished: 633 Infants Ringhaver et v. Schlueter et. OA. 5 Abs. 66.

8 O. N. P. 204. Lacker v. Ewald.
Distinguished: 633 Infants Ringhaver et v. Schlueter et. OA. 5 Abs. 66.

9 Dec. Rep. 458. Cluthe v. Soendson
Distinguished: 633 Infants Ringhaver et v. Schlueter et. OA. 5 Abs. 66.

9 W. L. B. 271. In Re Talbot
Conflicting: 27 Actions Creager v. Creager, OA. 5 Abs. 102.

56 W. L. B. 212. McEntee v. McEntee
Conflicting: 27 Actions Creager v. Creager, OA. 5 Abs. 102.

27 O. C. A. 22. Beight v. Organ.
Followed: 1271 Wills. Vorndran (Admr.) v. Kintz et. OA. 5 Abs. 100.

27 O. C. A. 396. Lodge v. Flaharty
Supporting: 954 Privileged Communications. N. Y. Life Ins. Co. v. Snyder, OA. 5 Abs. 87.

4 Abs. 155. Burzych v. Drabik et.
Followed: 997 Real Estate Pawlowski v. Pawlowski, OA. 5 Abs. 117.

4 Abs. 207. Euclid v. Ambler Realty Co.
Followed: 797 Municipal Corporations. James v. Toledo (City). 5 Abs. 67.

---

## Publisher's Announcement

## NOW READY!

The first issue of Page's Code Service Annotated contains the annotations to Page's Annotated Ohio General Code from Sept. 1, 1925, to Feb. 1, 1927. These Annotations consist of notes of decisions of the Courts of Ohio, together with the opinions of the Attorneys General, which in any manner construe the sections of the General Code.

It also contains the official advance sheets of Volume 112 Ohio Laws, so far as printed. Each subscriber will receive weekly the remaining official advance sheets of Volume 112 Ohio Laws, until all of Volume 112 is supplied. These official advance sheets may readily be inserted in the binder which accompanies Page's Code Service Annotated.

Number two of Page's Code Service, which will be issued as soon as possible after the adjournment of the Legislature, will be a permanent service, wherein the new laws, amendments and repeals enacted in Volume 112 Ohio Laws will be joined with annotations in their numerical order.

Page's Code Service Annotated will be issued twice yearly, price $7.50 per annum.

---

Respectfully yours,

THE W. H. ANDERSON COMPANY.

(Continued from page 155)
days notice thereof to the holder of such certificate and hearing thereon.
Order affirmed.
Day, Allen, Kinkade, Robinson, Jones and Matthias, JJ., concur.